| Attorney or Party without Attorney:<br>BRITTANY S. SCOTT (SBN 327132)<br>Bursor & Fisher, P.A.<br>1990 N California Blvd Suite 940<br>Walnut Creek, CA 94596<br>  Telephone No: 925-300-4455<br>  Attorney For: Plaintiff | Ref. No. or File No.:<br>3409 KEEPS CMIA | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: JONATHON PERRY-HUDSON<br>Defendant: TWILIO, INC. | | |
| PROOF OF SERVICE  Hearing Date:  Time:  Dept/Div: | | Case Number:<br>3:24-cv-03741-VC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION; STANDING ORDER FOR CIVIL CASES BEFORE JUDGE VINCE CHHABRIA; WAIVER OF THE SERVICE OF SUMMONS; STANDING ORDER FOR ALL JUDGES; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION; ORDER REASSIGNING CASE; NOTICE OF ELIGIBILITY FOR VIDEO RECORDING; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served: TWILIO, INC.
   b. Person served: NICOLE STAUSS, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT FOR SERVICE OF PROCESS.

4. Address where the party was served: 2710 GATEWAY OAKS DRIVE, SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jun 27 2024 (2) at: 01:50 PM

6. **Person Who Served Papers:**
   a. Nancy Graddy (04-010, Placer County)    d. **The Fee** for Service was: 230.82
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

06/27/2024                     N. graddy
(Date)                         (Signature)



PROOF OF SERVICE

11323702
(6107747)