1  KEKER, VAN NEST & PETERS LLP
   BENJAMIN BERKOWITZ - # 244441
2  bberkowitz@keker.com
   CHRISTINA LEE - # 314339
3  clee@keker.com
   IAN KANIG - # 295623
4  ikanig@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
6  Facsimile:    415 397 7188

7  Attorneys for Defendant
   TWILIO INC.

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 JONATHON PERRY-HUDSON, individually       Case No. 3:24-cv-03741-VC
   and on behalf of all others similarly situated,,

13          Plaintiff,                        **NOTICE OF APPEARANCE OF
                                              BENJAMIN BERKOWITZ ON BEHALF
14          v.                                OF DEFENDANT TWILIO INC.**

15 TWILIO, INC.,                             **Pursuant to Civ. L.R. 5–1(c)(2).**

16          Defendant.                        Judge:     Hon. Vince Chhabria

17                                            Date Filed:  June 21, 2024

18                                            Trial Date:  None Set

19

20

21

22

23

24

25

26

27

28

**TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Benjamin Berkowitz of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant Twilio Inc. in the above-captioned matter. Mr. Berkowitz is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> Benjamin Berkowitz (SBN 244441)
> bberkowitz@keker.com
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: July 9, 2024                     KEKER, VAN NEST & PETERS LLP


                                        By:  /s/ Benjamin Berkowitz
                                             BENJAMIN BERKOWITZ
                                             CHRISTINA LEE
                                             IAN KANIG

                                             Attorneys for Defendant
                                             TWILIO INC.

NOTICE OF APPEARANCE OF BENJAMIN BERKOWITZ
Case No. 3:24-cv-03741-VC

2737454