KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> TWILIO, INC., <br><br> Defendant. | Case No. 3:24-cv-03741-VC <br><br> **NOTICE OF APPEARANCE OF IAN KANIG ON BEHALF OF DEFENDANT TWILIO INC.** <br><br> **Pursuant to Civ. L.R. 5–1(c)(2).** <br><br> Judge:     Hon. Vince Chhabria <br><br> Date Filed: June 21, 2024 <br><br> Trial Date: None Set |

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Ian Kanig of Keker, Van Nest & Peters LLP hereby appears as counsel for Defendant Twilio Inc. in the above-captioned matter. Mr. Kanig is admitted to practice in the State of California and before this Court. His address, telephone, facsimile, and email are as follows:

> Ian Kanig (SBN 295623)
> ikanig@keker.com
> KEKER, VAN NEST & PETERS LLP
> 633 Battery Street
> San Francisco, CA 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: July 9, 2024                              KEKER, VAN NEST & PETERS LLP

                                                 By: */s/ Ian Kanig*
                                                     BENJAMIN BERKOWITZ
                                                     CHRISTINA LEE
                                                     IAN KANIG

                                                     Attorneys for Defendant
                                                     TWILIO INC.