| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | KEKER, VAN NEST & PETERS LLP<br>BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com<br>CHRISTINA LEE - # 314339<br>clee@keker.com<br>IAN KANIG - # 295623<br>ikanig@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415 391 5400<br>Facsimile:      415 397 7188 |
| 7 | Attorneys for Defendant<br>TWILIO INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated,,<br><br>               Plaintiff,<br><br>    v.<br><br>TWILIO, INC.,<br><br>               Defendant. | Case No. 3:24-cv-03741-VC<br><br>**NOTICES OF APPEARANCE OF CHRISTINA LEE ON BEHALF OF DEFENDANT TWILIO INC.**<br><br>**Pursuant to Civ. L.R. 5–1(c)(2).**<br><br>Judge:    Hon. Vince Chhabria<br><br>Date Filed: June 21, 2024<br><br>Trial Date: None Set |

| | |
|---|---|
| 1 | **TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE** that Christina Lee of Keker, Van Nest & Peters LLP hereby |
| 3 | appears as counsel for Defendant Twilio Inc. in the above-captioned matter. Ms. Lee is admitted |
| 4 | to practice in the State of California and before this Court. Her address, telephone, facsimile, and |
| 5 | email are as follows: |

>  Christina Lee (SBN 314339)
>  clee@keker.com
>  KEKER, VAN NEST & PETERS LLP
>  633 Battery Street
>  San Francisco, CA 94111
>  Telephone:  (415) 391-5400
>  Facsimile:  (415) 397-7188

Please serve said counsel with all pleadings, orders, motions, notices, and other filings in this action.

Dated: July 9, 2024                             KEKER, VAN NEST & PETERS LLP

                                        By:  */s/ Christina Lee*
                                             BENJAMIN BERKOWITZ
                                             CHRISTINA LEE
                                             IAN KANIG

                                             Attorneys for Defendant
                                             TWILIO INC.