| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | BENJAMIN BERKOWITZ - # 244441 |
|   | bberkowitz@keker.com |
| 3 | CHRISTINA LEE - # 314339 |
|   | clee@keker.com |
| 4 | IAN KANIG - # 295623 |
|   | ikanig@keker.com |
| 5 | 633 Battery Street |
|   | San Francisco, CA 94111-1809 |
| 6 | Telephone:   415 391 5400 |
|   | Facsimile:    415 397 7188 |
| 7 | Attorneys for Defendant |
|   | TWILIO INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated,, | Case No. 3:24-cv-03741-VC |
| Plaintiff, | **DEFENDANT TWILIO INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATION OF INTERESTED PARTIES OR ENTITIES** |
| v. | |
| TWILIO, INC., | **Pursuant to Fed. R. Civ. P. 7.1 & Civ. L.R. 3–15.** |
| Defendant. | Judge:    Hon. Vince Chhabria |
| | Date Filed: June 21, 2024 |
| | Trial Date: None Set |

# CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Twilio Inc. files this corporate disclosure statement and hereby discloses, by and through its undersigned counsel, that it has no parent corporation or publicly-held corporation that owns 10% or more of its stock.

Pursuant to Civil L.R. 3–15, the undersigned certifies that as of this date, there is no conflict or interest other than the named parties to report.

Dated: July 9, 2024

KEKER, VAN NEST & PETERS LLP

By: /s/ Ian Kanig
BENJAMIN BERKOWITZ
CHRISTINA LEE
IAN KANIG

Attorneys for Defendant
TWILIO INC.