| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | BENJAMIN BERKOWITZ - # 244441<br>bberkowitz@keker.com |
| 3 | CHRISTINA LEE - # 314339<br>clee@keker.com |
| 4 | IAN KANIG - # 295623<br>ikanig@keker.com |
| 5 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 6 | Telephone: 415 391 5400<br>Facsimile: 415 397 7188 |
| 7 | Attorneys for Defendant<br>TWILIO INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>Defendant. | Case No. 3:24-cv-03741-VC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**Pursuant to Civ. L.R. 6–1(a).**<br><br>Judge: Hon. Vince Chhabria<br><br>Date Filed: June 21, 2024<br><br>Trial Date: None Set |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, on June 21, 2024, Plaintiff Jonathon Perry-Hudson ("Plaintiff") filed the above-captioned action against Defendant Twilio Inc. ("Twilio") (together, the "Parties");

WHEREAS, on June 27, 2024, Plaintiff served the complaint in this action on Twilio;

WHEREAS, the Parties have agreed that Twilio may extend by 30 days its time to answer or otherwise respond to Plaintiff's complaint until August 19, 2024;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by order of the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, and pursuant to Civil Local Rule 6–1(a), that Twilio's deadline to answer or otherwise respond to Plaintiff's complaint is extended until August 19, 2024.

Dated: July 9, 2024                                      KEKER, VAN NEST & PETERS LLP

                                                         By: */s/ Ian Kanig*
                                                         BENJAMIN BERKOWITZ
                                                         CHRISTINA LEE
                                                         IAN KANIG

                                                         Attorneys for Defendant
                                                         TWILIO INC.

| | | |
|---|---|---|
| Dated: July 9, 2024 | | BURSOR & FISHER, P.A. |
| | By: | */s/ Brittany Scott (with permission)* |

Brittany S. Scott (State Bar No. 327132)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
bscott@bursor.com
jwilner@bursor.com

BURSOR & FISHER, P.A.
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 646-837-7150
Facsimile: (212) 989-9163
pfraietta@bursor.com

DRURY LEGAL, LLC
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
scott@drurylegal.com

Attorneys for Plaintiff

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 9, 2024

By: */s/ Ian Kanig*
IAN KANIG