| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | BENJAMIN BERKOWITZ - # 244441 |
|   | bberkowitz@keker.com |
| 3 | CHRISTINA LEE - # 314339 |
|   | clee@keker.com |
| 4 | IAN KANIG - # 295623 |
|   | ikanig@keker.com |
| 5 | 633 Battery Street |
|   | San Francisco, CA 94111-1809 |
| 6 | Telephone:    415 391 5400 |
|   | Facsimile:    415 397 7188 |

Attorneys for Defendant
TWILIO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC.,<br><br>Defendant. | Case No. 3:24-cv-03741-VC<br><br>**DECLARATION OF IAN KANIG IN SUPPORT OF DEFENDANT TWILIO INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION**<br><br>**Pursuant to Fed. R. Civ. P. 12(b)(6).**<br><br>Date:            November 21, 2024<br>Time:           10:00 a.m.<br>Courtroom:  4 —17th Floor<br>Judge:          Hon. Vince Chhabria<br><br>Date Filed:  June 21, 2024<br>Trial Date:   Not Yet Set |

### **DECLARATION OF IAN KANIG**

1. I am an attorney at Keker, Van Nest & Peters, LLP, counsel of record for Defendant Twilio, Inc. in the above-captioned action. I am licensed to practice in the State of California and before this Court. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness. In this declaration, I refer to Thirty Madison, Inc. as "Keeps," which I understand is one brand name under which it does business.

### **Keeps Privacy Policy**

2. Attached hereto as **Exhibit A** is a true and correct copy of the Keeps Privacy Policy that is publicly available at web.archive.org/web/20240304044722/www.keeps.com/legal/privacy and was previously publicly available at www.keeps.com/legal/privacy from September 29, 2023, to May 13, 2024 (downloaded from the Wayback Machine on August 13, 2024).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Keeps Privacy Policy that was publicly available at www.keeps.com/legal/privacy from May 13, 2024, to July 16, 2024 (downloaded from the above-referenced link on June 24, 2024).

4. Attached as **Exhibit C** is a true and correct copy of the Keeps Privacy Policy that is and has been publicly available at patient.thirtymadison.com/dashboard/legals/privacy-keeps since July 17, 2024 (downloaded from the above-referenced link on August 13, 2024).

### **Keeps Terms**

5. Attached hereto as **Exhibit D** is a true and correct copy of the Keeps Terms that were publicly available at www.keeps.com/legal/terms from August 1, 2022, to August 14, 2024 (downloaded from the above-referenced link on June 24, 2024).

6. Attached as **Exhibit E** is a true and correct copy of the Keeps Terms that are and have been publicly available at patient.thirtymadison.com/dashboard/legals/terms-and-conditions-keeps since August 15, 2024 (downloaded from the above-referenced link on August 16, 2024).

///

///

///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on August 19, 2024, at San Francisco, California.

_____
IAN KANIG
Counsel for Defendant TWILIO INC.