1  KEKER, VAN NEST & PETERS LLP
   BENJAMIN BERKOWITZ - # 244441
2  bberkowitz@keker.com
   CHRISTINA LEE - # 314339
3  clee@keker.com
   IAN KANIG - # 295623
4  ikanig@keker.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  Attorneys for Defendant
   TWILIO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO INC.,<br><br>Defendant. | Case No. 3:24-cv-03741-VC<br><br>**DECLARATION OF OLIVIA JAHN IN SUPPORT OF DEFENDANT TWILIO INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION**<br><br>**Pursuant to Fed. Arb. Act., 9 U.S.C. § 4**<br><br>Date:          November 21, 2024<br>Time:          10:00 a.m.<br>Courtroom:  4 —17th Floor<br>Judge:         Hon. Vince Chhabria<br><br>Date Filed: June 21, 2024<br>Trial Date:  Not Yet Set |

1
DECLARATION OF OLIVIA JAHN ISO TWILIO'S MOTION TO COMPEL ARBITRATION
Case No. 3:24-cv-03741-VC

# DECLARATION OF OLIVIA JAHN

1. I am General Counsel at non-party Thirty Madison, Inc. In that capacity, I am responsible for overseeing the legal and compliance functions at Thirty Madison, Inc., including one of our brands known as Keeps, whose website keeps.com is at issue in the above-captioned action. I have personal knowledge of the facts contained herein and if called as a witness, I could and would testify competently as set forth herein. This declaration is filed in support of Twilio's motion to compel individual arbitration.

## Plaintiff's Arbitration Agreement with Keeps

2. I am informed that Plaintiff Jonathon Perry-Hudson ("Plaintiff") states in his complaint in this action that he purchased a men's hair loss treatment from Keeps on its website on or about May 8, 2024. All persons who purchase a product from the Keeps website are required to first create a Keeps account, and Plaintiff would have been required to create a Keeps account on or about May 8, 2024. When Plaintiff created his Keeps account, he would have been presented with and required to agree to the Keeps Terms of Use ("Keeps Terms") and the Keeps Online Privacy Policy ("Keeps Privacy Policy") that were in effect at that time. Plaintiff could not have created an account and made a purchase on the Keeps website without agreeing to the Keeps Terms and the Keeps Privacy Policy.

3. At all times relevant, the Keeps Terms have contained an arbitration provision and class action waiver. Because Plaintiff agreed to the Keeps Terms when he created his account on the Keeps website, he necessarily agreed to that arbitration provision and class action waiver.

## No Action or Arbitration Against Keeps by Plaintiff

4. Keeps has not been sued or named in any action or arbitration by Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 19, 2024, at Brooklyn, New York.

*Olivia Jahn*
—1A955611E37B4E7...
OLIVIA JAHN
General Counsel at Thirty Madison, Inc.

2
DECLARATION OF OLIVIA JAHN ISO TWILIO'S MOTION TO COMPEL ARBITRATION
Case No. 3:24-cv-03741-VC