KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWILIO INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>Defendant. | Case No. 3:24-cv-03741-VC<br><br>**REPLY DECLARATION OF IAN KANIG IN SUPPORT OF DEFENDANT TWILIO INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION**<br><br>Date:            October 31, 2024<br>Time:           10:00 a.m.<br>Courtroom:   4 —17th Floor<br>Judge:         Hon. Vince Chhabria<br><br>Date Filed:    June 21, 2024<br>Trial Date:    Not Yet Set |

**REPLY DECLARATION OF IAN KANIG**

1. I am an attorney at Keker, Van Nest & Peters, LLP, counsel of record for Defendant Twilio Inc. in the above-captioned action. I am licensed to practice in the State of California and before this Court. I have personal knowledge of the facts stated herein, and I could and would competently testify thereto if called as a witness. In this declaration, I refer to Thirty Madison, Inc. as "Keeps," which I understand is one brand name under which it does business. I submit this reply declaration in support of Twilio's motion to compel individual arbitration.

**Keeps Presentment of Keeps Terms and Keeps Privacy Policy**

2. Attached hereto as **Exhibit F** is a true and correct copy of the sign-in wrap screen that Keeps presented to persons who completed its intake questionnaire as of May 22, 2023, which includes a link to the Keeps Terms and Keeps Privacy Policy, and is publicly available at https://web.archive.org/web/20230522143240/https://www.keeps.com/quiz/lead?products=211 (downloaded from the Wayback Machine on September 25, 2024).

3. Attached hereto as **Exhibit G** is a true and correct copy of the sign-in wrap screen that Keeps currently presents to persons who complete its intake questionnaire, which includes a link to the Keeps Terms and Keeps Privacy Policy in materially the same way they are presented in Exhibit F, and is publicly available at https://www.keeps.com/quiz/lead?products=211%2C921 (downloaded from the above-referenced link on October 8, 2024). This exhibit is redacted to exclude the personal-identifying information of the undersigned attorney.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 10, 2024, at San Francisco, California.

IAN KANIG
Counsel for Defendant TWILIO INC.