# Exhibit F



BACK



Join over 300,000 people like you keeping their hair with Keeps



## Get your results

**FIRST NAME\***

First name

**LAST NAME\***

Last name

**EMAIL\***

your@email.com

CONTINUE

By continuing, you agree to accept our <u>Terms & Conditions</u> and <u>Privacy Policy</u>.