# Exhibit G

< BACK





## Get your results

**FIRST NAME***

▬

**LAST NAME***

▬

**EMAIL***

▬

**PHONE NUMBER**

( )

☐ **KEEP ME UPDATED** ⓘ

Including texts for promotional and personalized marketing messages

CONTINUE

[G] **SIGN IN WITH GOOGLE**

By continuing, you agree to accept our **Terms & Conditions** and **Privacy Policy**.