**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 646-837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiff*

KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant TWILIO INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWILIO, INC.,<br><br>Defendant. | Case No. 3:24-cv-03741-VC<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: June 21, 2024 |

Pursuant to this Court's Order (ECF No. 35), Plaintiff Jonathon Perry-Hudson ("Plaintiff") and Defendant Twilio, Inc. ("Defendant") (together, the "Parties") hereby respectfully submit this Joint Status Report as follows:

To promote judicial economy, since the Court entered its Order granting Defendant's motion to compel arbitration (ECF No. 35), the Parties have engaged in preliminary settlement discussions pursuant to Federal Rule of Evidence 408 to determine whether Plaintiff's claims in the above-captioned matter could be resolved without the need for arbitration and/or litigation. Despite the Parties' good-faith efforts, the Parties have been unable to reach a settlement agreement. With a negotiated resolution having not yet been reached, Plaintiff has informed Defendant that he intends to file a demand for arbitration.

Dated: April 1, 2025

**DRURY LEGAL, LLC**

By:  /s/ *Scott R. Drury*
  Scott R. Drury

Scott R. Drury (State Bar No. 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: 646-837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

Dated: April 1, 2025                                                  KEKER, VAN NEST & PETERS LLP

                                                      By:   /s/ Benjamin Berkowitz
                                                            BENJAMIN BERKOWITZ
                                                            CHRISTINA LEE
                                                            IAN KANIG

                                                            Attorneys for Defendant TWILIO INC.

## ATTESTATION

By filing this document, undersigned counsel attests that the other signatory listed and on whose behalf this filing is jointly submitted, have authorized this filing.

Dated: April 1, 2025

/s/ Benjamin Berkowitz
BENJAMIN BERKOWITZ

Attorney for Defendant TWILIO INC.