UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jonathon Perry-Hudson,

    Plaintiff,

v.

Twilio, Inc.,

    Defendant.

Case No. 24-CV-03741-VC

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) Defendant Twilio, Inc., the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Ranjan A. Lahiri of Wood, Smith Henning & Berman LLP

Name(s) of counsel withdrawing from representation and firm name:

Benjamin Berkowitz, Christina Lee, and Ian Kanig of Keker, Van Nest & Peters LLP

Date: April 9, 2025

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: April 11, 2025

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE