**BURSOR & FISHER, P.A.**
Philip L. Fraietta (SBN 354768)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (SBN 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

**DRURY LEGAL, LLC**
Scott R. Drury (SBN 355002)
6 Carriage Lane
Highwood, Illinois 60040
Telephone: (312) 358-8225
E-mail: scott@drurylegal.com

*Attorneys for Plaintiff*

**WOOD SMITH HENNING & BERMAN LLP**
Ranjan A. Lahiri (SBN 232531)
501 W. Broadway, Suite 1200
San Diego, CA 92130
Telephone: (619) 849-4909
E-mail: rlahiri@wshblaw.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHON PERRY-HUDSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TWILIO, INC., <br><br> Defendant. | Case No. 3:24-cv-03741-VC <br><br> **JOINT STATUS REPORT** <br><br> Complaint Filed: June 21, 2024 |

Pursuant to this Court's Order (ECF No. 35), Plaintiff Jonathon Perry-Hudson ("Plaintiff") and Defendant Twilio, Inc. ("Defendant") (together, the "Parties") hereby respectfully submit this Joint Status Report as follows:

The Parties have reached an agreement in principle to resolve this action on an individual basis. To that end, the Parties are in the process of preparing and finalizing a written settlement agreement. The Parties respectfully suggest that the Court direct the Parties to submit a further Joint Status Report on September 30, 2025 in the event the case is not dismissed by that date.

Dated: July 30, 2025                                                     Respectfully submitted,

/s/ *Scott R. Drury*                                                          /s/ *Ranjan A. Lahiri*
Scott R. Drury (SBN 355002)                                      Ranjan A. Lahiri (SBN 232531)
**DRURY LEGAL, LLC**                                             **WOOD SMITH HENNING**
6 Carriage Lane                                                            **& BERMAN LLP**
Highwood, Illinois 60040                                            501 W. Broadway, Suite 1200
Telephone: (312) 358-8225                                          San Diego, CA 92130
E-mail: scott@drurylegal.com                                   Telephone: (619) 849-4909
                                                                                       E-mail: rlahiri@wshblaw.com

Joshua R. Wilner (SBN 353949)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

Philip L. Fraietta (SBN 354768)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: pfraietta@bursor.com

## ATTESTATION

By filing this document, undersigned counsel attests that the other signatory listed and on whose behalf this filing is jointly submitted, have authorized this filing.

Dated July 30, 2025                             /s/ *Scott R. Drury*
                                                Scott R. Drury
                                                *Attorney for Plaintiff*